# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania, :
Pennsylvania Game Commission, :
                  Plaintiff :
                     :
             v. : No. 493 M.D. 2017
                     :
Thomas E. Proctor Heirs Trust and the :
Margaret O.F. Proctor Trust, :
              Defendants :

## O R D E R

NOW, February 13, 2020, upon consideration of Plaintiff's application for reconsideration/reargument, and Defendants' answer in response thereto, the application is denied.

 

                                           _____

                                           MARY HANNAH LEAVITT,
                                           President Judge